AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LUCY GUERRA,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) Civil Action No.   1:15-CV-3179-SMJ |
|  | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 12, is DENIED;
The Commissioner's Motion for Summary Judgment, ECF No. 13, is GRANTED; and
Judgment is entered in favor of the Commissioner.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Salvador Mendoza, Jr. _____ on a motion for summary judgment.

Date:   03/03/2017 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Cora Vargas _____
*(By) Deputy Clerk*

Cora Vargas _____